ACCEPTED
06-15-00067-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/12/2015 3:53:53 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00067-CV

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE 6TH COURT OF APPEALS |

6th COURT OF APPEALS
TEXARKANA, TEXAS
10/12/2015 3:53:53 PM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| K.V. | § | IN AND FOR |
| A CHILD | § | TEXARKANA, TEXAS |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes ESTHER VEGA, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 307th District Court.

2. The case was styled In the Interest of K.V. a Child, and numbered 2014-873-DR-1.

3. Appellant's parental rights to the child was terminated on August 16, 2015. The Final Order was signed by the Court on August 27, 2015.

4. Notice of appeal was given on September 9, 2015.

6. The clerk's record was filed on September 18, 2015. The reporter's record was filed on September 21, 2015.

7. The appellate brief is presently due on October 12, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. November 12, 2015.

9. No extension to file the brief has been received in this cause.

10. Appellant is not incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Counsel for Appellant would show that this is an appeal from an Interlocutory Termination Order. The final hearing is scheduled for October 20, 2015.

Counsel for Appellant would show that he recently completed the brief in Cause No. 06-15-00040-CV, In the Interest of J.B.

Counsel for Appellant would show that he has been involved in the following hearings:

Cause No. 2015-1530-CCL2; ITTO A.L., D.B. and R.M. Children
Cause No. 2015-1000-CCL2; ITTO Lister, a Child
Cause No. 44,088-A; State of Texas vs. Scotty Womack
Cause No. 44,924-A; State of Texas vs. Jason Tubbs
Cause No. 45,028-A; State of Texas vs. Brandon Freeman
Cause No. 43,941-A; State of Texas vs. Alejandro Martinez
Cause No. 44,803-B; State of Texas vs. Te'Amber Clayborn
Cause No. 44,807-B; State of Texas vs. Willie Whitfield
Cause No. 44,841-B; State of Texas vs. Marcus Whitaker
Cause No. 44,863-B; State of Texas vs. Christopher Shelton
Cause No. 44,963-B; State of Texas vs. Curtis Davis
Cause No. 45,019-B; State of Texas vs. Amy Lesak

Appellant's counsel needs additional time to review the record and prepare the brief in this matter. This request for extension of time is not filed to delay this matter but so that justice may be served.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellants' Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

ALEX TYRA
State Bar No. 24008188
P.O. Box 3653
Longview, Texas 75606
(903) 753-7499
(903) 753-7498

## CERTIFICATE OF SERVICE

This is to certify that on __10 12 15__ , a true and correct copy of the above and foregoing document was served on all attorneys and parties of record in accordance with the Texas Rules of Appellate Procedure.

Alex Tyra

## Certificate of Conference

I certify that reasonable effort was made to confer with all other parties about the merits of the motion and whether that party opposes the motion in accordance with the Texas Rules of Appellant Procedure.

Alex Tyra

**STATE OF TEXAS**　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
**COUNTY OF GREGG**　　　　　　　§

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Alex Tyra, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



Alex Tyra
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on ___10\12\15___ to certify which witness my hand and seal of office.

CONNIE CHAMBERS
MY COMMISSION EXPIRES
March 14, 2018

Notary Public, State of Texas

-4-